IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA,

v.

DANIEL WAYNE KIDD,             Criminal Action No. 3:23cr93

       Defendant.

## ORDER

This matter comes before the Court on Defendant Daniel Wayne Kidd's Unopposed Motion to Continue Sentencing, (the "Motion"). (ECF No. 127.) On October 25, 2024, the Court held a status hearing on Defendant's Motion. At the hearing and in his motion, Mr. Kidd's counsel represented that the reason for seeking the continuance is "counsel's trial schedule coupled with the depth of the arguments to support the objections being made to the Presentence Report and the sentencing pleadings to file[.]" (ECF No. 127, at 1.) The United States did not object to Defendant's Motion.

Upon due consideration and for good cause shown, the Court GRANTS the Motion. (ECF No. 127.) The Court RESCHEDULES Mr. Kidd's sentencing hearing from November 4, 2024, to February 10, 2025, at 10:00 a.m. Parties are DIRECTED to file joint notice of new deadlines in light of the new sentencing date.

It is SO ORDERED.

Date: 10/30/24
Richmond, Virginia

/s/ M. Hannah Lauck
United States District Judge